1   RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (#93249)
2   MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
    ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
3   Office of the City Attorney
    151 West Mission Street
4   San Jose, California  95110
    Telephone: (408) 277-4454
5
    Attorneys for Defendants
6   CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, SGT. DAVID
    HOBER, OFFICER J. MITCHELL, OFFICER D. GUESS, OFFICER A. BROWN,
7   OFFICER GALEA, OFFICER YOUNG, OFFICER LOPEZ, DET. HOVE, DET. PEREA,
    OFFICER VARGAS AND SGT. MORALES
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12   APOLONIO SOLORIO,                          NO.:  C04-03029 JW

13                  Plaintiff,

14          v.

15   CITY OF SAN JOSE, THE CITY OF SAN         **STIPULATION MODIFYING**
     JOSE POLICE DEPARTMENT, THE               **SCHEDULING ORDER**
16   COUNTY OF SANTA CLARA, CITY OF
     SAN JOSE POLICE DEPARTMENT,
17   SERGEANT DAVID HOBER, OFFICER J.
     MITCHELL AKA GEORGE F. MITCHELL,
18   OFFICER D. GUESS, OFFICER A.
     BROWN, OFFICER GALEA, OFFICER
19   YOUNG, OFFICER LOPEZ, DETECTIVE
     HOVE AND DETECTIVE PEREA,
20   OFFICER VARGAS AND SERGEANT
     MORALES, and DOES, inclusive,
21
                    Defendants.
22

23

24          **IT IS HEREBY STIPULATED** by and between the parties hereto through their

25   respective attorneys of record, that having met and conferred regarding the respective

26   calendars of counsel, the Stipulation and Order Modifying Scheduling Order filed on

27   May 13, 2005, shall be amended as follows:

28   //

                                               1
     Stipulation Modifying Scheduling Order                                      319981
     C04-03029 PVT

1)     The date for disclosure of expert witnesses shall be changed to August 29, 2005.

2)     The date for either party to disclose a rebuttal expert witness shall be changed to September 6, 2005.

3)     The date for close of all discovery, including depositions of expert witnesses, shall be changed to September 30, 2005.

4)     The last date for hearing dispositive motions shall be changed to November 28, 2005. @9am

5)     The parties have discussed defendants' intention to file a motion for summary judgment which is potentially dispositive of the entire action.  In light of this, the parties request a deferral of the order to Alternative Dispute Resolution, as set forth in section I of the Court's Scheduling Order, until such time as the Court has ruled on defendants' motion for summary judgment.

6)     As good cause for this stipulation, the parties submit that the calendars of both counsel have been unusually heavy which has made compliance with the deadlines set forth in the Court's scheduling order and in the Stipulation Modifying Scheduling Order, extremely difficult to achieve.

Dated:   August _18_, 2005        _____/s/ Michael A. Farbstein_____
                                        MICHAEL A. FARBSTEIN, ESQ.
                                        Attorney for Plaintiff, APOLONIO SOLORIO

Dated:  August _17_, 2005          RICHARD DOYLE, City Attorney

                                      BY:___/s/ Michael J. Dodson_____
                                        MICHAEL J. DODSON
                                        Sr. Deputy City Attorney

                                        Attorneys for Defendants

1

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

2

3

Dated:  9/2/05                                              /s/ James Ware
                                                         HON. JAMES WARE
4                                                        United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Modifying Scheduling Order
C04-03029 PVT                                                                    319981