| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Chief Trial Attorney (#93249)<br>MICHAEL DODSON, Sr. Deputy City Attorney (#159743) |
| 3 | ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)<br>Office of the City Attorney |
| 4 | 200 East Santa Clara Street<br>San Jose, California 95113-1905 |
| 5 | Telephone: (408) 535-1900 |
| 6 | Attorneys for Defendants<br>CITY OF SAN JOSE, CITY OF SAN JOSE |
| 7 | POLICE DEPARTMENT, SGT. DAVID HOBER,<br>OFFICER J. MITCHELL, OFFICER D. GUESS, |
| 8 | OFFICER A. BROWN, OFFICER GALEA,<br>OFFICER YOUNG, OFFICER LOPEZ, |
| 9 | DET. HOVE, DET. PEREA, OFFICER VARGAS<br>AND SGT. MORALES |



IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO SOLORIO,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SAN JOSE, THE CITY OF SAN JOSE POLICE DEPARTMENT, THE COUNTY OF SANTA CLARA, CITY OF SAN JOSE POLICE DEPARTMENT, SERGEANT DAVID HOBER, OFFICER J. MITCHELL AKA GEORGE F. MITCHELL, OFFICER D. GUESS, OFFICER A. BROWN, OFFICER GALEA, OFFICER YOUNG, OFFICER LOPEZ, DETECTIVE HOVE AND DETECTIVE PEREA, OFFICER VARGAS AND SERGEANT MORALES, and DOES, inclusive,<br><br>        Defendants. | NO.: C04-03029 JW<br><br>**THIRD STIPULATION MODIFYING SCHEDULING ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record, that having met and conferred regarding the respective calendars of counsel, the Stipulation and Order Modifying Scheduling Order filed on September 2, 2005, shall be amended as follows:

1

1)  The date for disclosure of expert witnesses shall be changed to November 30, 2005.

2)  The date for either party to disclose a rebuttal expert witness shall be changed to December 7, 2005.

3)  The date for close of all discovery, including depositions of expert witnesses, shall be changed to January 13, 2006.

4)  The last date for hearing dispositive motions shall be changed to February 27, 2006. AT 9:00 A.M.

5)  The parties have discussed defendants' intention to file a motion for summary judgment which is potentially dispositive of the entire action. The parties have also discussed a voluntary dismissal of numerous individual defendants which will greatly simplify defendants' proposed motion for summary judgment. In addition, in light of the anticipated motion for summary judgment, the parties request a deferral of the order to Alternative Dispute Resolution, as set forth in section 1 of the Court's Scheduling Order, until such time as the Court has ruled on defendants' motion for summary judgment.

6)  As good cause for this stipulation, the parties submit that discussions have taken place concerning dismissal of many individual defendants; however, plaintiff's counsel has not obtained the consent of his client to do so as of the date of this stipulation. Moreover, the scheduling of various witnesses, including members of the public defender's office and district attorney's office has been difficult to achieve. The parties do not anticipate requesting

///

7)  Case Management conference shall be held on February 27, 2006 at 9:00am.

///
///
///
///

2

an additional extension should the court grant this stipulation modifying the current scheduling order.

Dated: October 24, 2005      /s/
MICHAEL A. FARBSTEIN, ESQ.
Attorney for Plaintiff, APOLONIO SOLORIO

Dated: October 24, 2005      RICHARD DOYLE, City Attorney

BY: /s/
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendants

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 10/27/05

HON. JAMES WARE
United States District Court Judge

---

3

Third Stipulation Modifying Scheduling Order
C04-03029 PVT

328746

# PROOF OF SERVICE

CASE NAME: Solorio v. City of San Jose, et al.

CASE NO.: C04-03029 JW

I, the undersigned say: I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905.

On October 24, 2005, I caused to be served the within:

**THIRD STIPULATION MODIFYING SCHEDULING ORDER**

☒ by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, in the ordinary course of business; and there in United States mail at the place so addressed below. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ by causing to be personally delivered a true copy thereof to the person at the address set forth below.

☐ by FAX (telecopier) - as follows: (650) 554-6240. I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

☐ by FEDERAL EXPRESS.

Michael A. Farbstein, Esq.      Attorneys for Plaintiff
Farbstein & Blackman      Apolonio Solorio
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA 94402

Phone Number: (650) 554-6200
Fax Number: (650) 554-6240

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2005, at San José, California.

            /s/
            Gail Quon