cao.main@sanjoseca.gov
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159974)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#1123...)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone: (408) 535-1900
Facsimile:  (408) 998-3131

Attorneys for Defendants
CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, SGT. DAVID
HOBER, OFFICER J. MITCHELL, OFFICER D. GUESS, OFFICER A. BROWN,
OFFICER GALEA, OFFICER YOUNG, OFFICER LOPEZ, DET. HOVE, DET. PEREA,
OFFICER VARGAS AND SGT. MORALES

*IT IS SO ORDERED AS MODIFIED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO SOLORIO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, THE CITY OF SAN JOSE POLICE DEPARTMENT, THE COUNTY OF SANTA CLARA, CITY OF SAN JOSE POLICE DEPARTMENT, SERGEANT DAVID HOBER, OFFICER J. MITCHELL AKA GEORGE F. MITCHELL, OFFICER D. GUESS, OFFICER A. BROWN, OFFICER GALEA, OFFICER YOUNG, OFFICER LOPEZ, DETECTIVE HOVE AND DETECTIVE PEREA, OFFICER VARGAS AND SERGEANT MORALES, and DOES, inclusive,<br><br>Defendants. | NO.:  C04-03029 JW<br><br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND TO MODIFY SCHEDULING ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their

respective attorneys of record, as follows:

1.    That the Case Management Conference, scheduled for February 27, 2006 at

9:00 am, be vacated and that a new Case Management Conference be

scheduled at the convenience of the Court;

1

2.   That the current Scheduling Order be modified as follows:

     a.   The date for close of all discovery, including depositions of expert witnesses, shall be changed to April 7, 2006;

     b.   The last date for hearing dispositive motions shall be changed to June 19, 2006 at 9:00 am;

3.   The parties have discussed the defendants' intention to file a motion for summary judgment which is potentially dispositive of the entire action.

Plaintiff's counsel has indicated his desire to depose certain witnesses prior to the filing of that motion and has learned that those witnesses are not available to be deposed until late March 2006.

4.   The parties hereby request that the Court adopt these modifications to the prior Scheduling Order and that the Case Management Conference currently scheduled for February 27, 2006 at 9:00 am be vacated.

Case Management Conference is continued to July 10, 2006 at 10:00am. Joint Statements are due no later than July 1, 2006.

Dated: February 23, 2006        FARBSTEIN & BLACKMAN

BY: _____
               MICHAEL A. FARBSTEIN, ESQ.

Attorneys for Plaintiff, APOLONIO SOLORIO

Dated: February 23, 2006        RICHARD DOYLE, City Attorney

BY:_____/s/_____
               MICHAEL J. DODSON
               Sr. Deputy City Attorney

Attorneys for Defendants

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: 02/24/06 _____

_____
HON. JAMES WARE
Judge of the United States District Court

Stipulation to Vacate CMC & to Modify Scheduling Order
C04-03029 JW

2

340229