IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Apolonio Solorio, | NO. C 04-03029 JW |
|       Plaintiff, | **ORDER REQUIRING PARTIES TO SUBMIT CHAMBERS' COPIES OF MOTION PAPERS** |
| v. | |
| The City of San Jose, et al., | |
|       Defendants. | |

Defendants' have noticed and filed a motion for summary judgment in the above entitled action. Pursuant to General Order 45.VI.G, the parties are to submit Chambers' copies of all motion papers. To date, Chambers have not received any copies of such papers. Accordingly, the parties shall submit Chambers' copies of all motion papers **no later than June 27, 2006 by 4 p.m.**

Dated: June 26, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael A. Farbstein maf@farbstein.com
Michael J. Dodson cao.main@sanjoseca.gov
Robert Baker Burchfiel CAO.Main@ci.sj.ca.us
Winifred Botha winifred_botha@mail.cco.co.santa-clara.ca.us

**Dated:  June 26, 2006**              **Richard W. Wieking, Clerk**

                                       **By:    /s/ JW Chambers**
                                              **Melissa Peralta**
                                              **Courtroom Deputy**