1  MICHAEL A. FARBSTEIN (SB#107030)
   MARGARET A. BURTON (SB#193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California 94402-3518
4
   Telephone: (650) 554-6200
5  Facsimile: (650) 554-6240

6  Attorneys for Plaintiff
   APOLONIO SOLORIO
7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 APOLONIO SOLORIO,                    )   CASE NO. CV 04 03029 JW
                                        )
12          Plaintiff,                  )   STIPULATION TO DISMISSAL OF
                                        )   CERTAIN DEFENDANTS;
13 vs.                                  )   [PROPOSED] ORDER
                                        )
14 THE CITY OF SAN JOSE, et al.         )
                                        )
15          Defendants.                 )
                                        )
16 ————————————————————————)

17        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and by the

18 agreement of the parties, plaintiff APOLONIO SOLORIO and defendants SERGEANT

19 DAVID HOBER, OFFICER D. GUESS, OFFICER A. BROWN,  OFFICER GALEA,

20 OFFICER YOUNG,  OFFICER LOPEZ. DETECTIVE HOVE AND DETECTIVE

21 PEREA, OFFICER VARGAS AND SERGEANT MORALES, each through their

22 respective counsel of record, do hereby stipulate that said defendants may be dismissed

23 without prejudice from the above captioned action, and each cause of action therein, with

24 each side to bear its own costs and attorneys fees.

25

26 //

27 //

28 //

                              1
                                   Stipulation and Order of Dismissal of
                                   Certain Defendants

So stipulated.

DATED: February 1, 2008      FARBSTEIN & BLACKMAN
A Professional Corporation

By _____
Michael A. Farbstein
Attorneys for Plaintiff APOLONIO
SOLORIO

DATED: February 1, 2008      RICHARD DOYLE, CITY ATTORNEY

By _____
Michael R. Groves
Sr. Deputy City Attorney
Attorneys for Defendants

It is so ordered.

Dated: ___February 4___, 2008

_____
United States District Judge

2

Stipulation and Order of Dismissal of
Certain Defendants