MICHAEL A. FARBSTEIN (SB#107030)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Plaintiff
APOLONIO SOLORIO

**GRANTED**
*Judge James Ware*
2/20/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| APOLONIO SOLORIO,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CITY OF SAN JOSE, et al.,<br><br>  Defendants. | CASE NO. CV 04 03029 JW<br><br>STIPULATION TO CONVERT PRETRIAL CONFERENCE INTO PRELIMINARY PRETRIAL CONFERENCE |

The Parties through their respective attorneys stipulate and agree as follows:

1. The above captioned matter is presently set for a Pretrial Conference on February 25, 2008, at 3:00 p.m. The trial of this matter is set to begin on March 18, 2008.

2. Following a settlement conference with Magistrate Trumbull on December 12, 2007, there appeared a good likelihood of settlement of the case. Despite the reasonable expectations of the parties, and after further discussion, that expectation of settlement has yet not come to fruition.

3. As the parties turned their attention back to trial preparation, difficulties have arisen with obtaining the attendance of the plaintiff at the trial, as he is a Mexican national now residing in Guadalajara, and he does not hold a visa for ready entry into the United

States. The process of obtaining for him a non-immigrant visa has proven unpredictable, and can take weeks to months, as described to plaintiff's counsel by immigration counsel. Accordingly, Mr. Solorio cannot attend the trial on the scheduled trial date of March 18, 2008.

4. For reasons of judicial economy, and fairness, the parties agree that the Pretrial Conference should be postponed until after the court can address the question of the need for a continuance of the trial.

5. Accordingly, counsel for the parties stipulate and jointly request that the court convert the upcoming Pretrial Conference of February 25 into a Preliminary Pretrial Conference. At the preliminary pretrial conference, the schedule for the trial date and pretrial hearing can be addressed. Should it be preferred by the court, this preliminary pretrial conference can be heard on the 11:00 a.m. calendar, rather than the 3:00 p.m. calendar.

So stipulated.

DATED: February 15, 2008

FARBSTEIN & BLACKMAN
A Professional Corporation

By _____
Michael A. Farbstein
Attorneys for Plaintiff APOLONIO SOLORIO

Dated: February 15, 2008

RICHARD DOYLE, City Attorney

By _____
Robert Burchfiel
Sr. Deputy City Attorney
Attorneys for Defendants CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, and OFCR. J. MITCHELL

|   | ORDER |
|---|---|
| 1 | |

By reason of the stipulation of counsel, and good cause appearing, the Final Pretrial Conference, set for February 25, 2008 at 3:00 p.m., is VACATED. Counsel for the parties shall appear for a Preliminary Pretrial Conference on February 25, 2008 at 11:00 a.m. to address the scheduling of the trial and the pretrial conference.

Dated: February 20, 2008

*/s/ James Ware*
JUDGE OF THE DISTRICT COURT

Stipulation re: Pretrial Conference