IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Apolonio Solorio, | No. C 04-03029 JW |
| Plaintiff, | **ORDER AMENDING PRELIMINARY PRETRIAL CONFERENCE SCHEDULE** |
| v. | |
| The City of San Jose, et al., | |
| Defendants. | |

On February 27, 2008, the Court issued a Preliminary Pretrial Conference Scheduling Order. (See Docket Item No. 47.) Pursuant to the Scheduling Order, the parties are required to submit a Joint Pretrial Conference Statement by March 1, 2008. The parties have requested additional time to submit their joint statement. The Court grants the parties' request. The parties shall submit their joint statement by **Monday, March 3, 2008.**

Dated: February 28, 2008

JAMES WARE
United States District Judge