*DENIED*
*Judge James Ware*
3/26/2008

1  RICHARD DOYLE, City Attorney (#88625)
2  NORA FRIMANN, Chief Trial Attorney (#93249)
   ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
3  MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
   Office of the City Attorney
4  200 East Santa Clara Street
   San Jose, California 95113-1905
5  Telephone: (408) 535-1900
   Facsimile: (408) 998-3131
6  Email: cao.main@sanjoseca.gov

7  Attorneys for Defendants,
   CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT,
8  and OFFICER J. MITCHELL

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  APOLONIO SOLORIO,                    NO.: C04-03029 JW

13              Plaintiff,                ORDER DENYING PARTIES'
                                          MUTAL REQUEST FOR
14       v.                               INFORMAL HEARING;
                                          CHANGE OF TIME FOR PRETRIAL
15  CITY OF SAN JOSE, THE CITY OF SAN     CONFERENCE; INSTRUCTIONS TO
    JOSE POLICE DEPARTMENT, THE           PARTIES
16  COUNTY OF SANTA CLARA, CITY OF
    SAN JOSE POLICE DEPARTMENT,
17  SERGEANT DAVID HOBER, OFFICER J.
    MITCHELL AKA GEORGE F. MITCHELL,
18  OFFICER D. GUESS, OFFICER A.
    BROWN, OFFICER GALEA, OFFICER
19  YOUNG, OFFICER LOPEZ, DETECTIVE
    HOVE AND DETECTIVE PEREA,
20  OFFICER VARGAS AND SERGEANT
    MORALES, and DOES, inclusive,
21
               Defendants.
22

23

24       This is a mutual request by the parties for a meeting with the court (approximately

25  30 minutes) to discuss a recently discovered fundamental legal issue which bears great

26  influence on the direction of going forward with the jury trial currently scheduled to begin

27  on April 8, 2008 in this court. The Pretrial Hearing is currently scheduled for March 31,

28  2008 at 3:00 p.m. Both parties believe that this judicial economy would be best served by

                                          1

1  having this legal issue discussed prior to the Pretrial Hearing and therefore both parties
2  request a meeting with the court (approximately 30 minutes) any time on March 23,
3  March 24 or March 25 (p.m.)  The legal issue at the focus of this discussion is presented in
4  Defendants' Supplemental Pretrial Statement e-filed on this date and Plaintiff's counsel will
5  provide a response if appropriate prior to the requested meeting.

7  Dated:  March 21, 2008            FARBSTEIN & BLACKMAN

9                                    BY:_____/s/_____
                                          MICHAEL A. FARBSTEIN

11                                   Attorneys for Plaintiff, APOLONIO SOLORIO

14  Dated:  March 21, 2008            RICHARD DOYLE, City Attorney

16                                    BY:_____/s/_____
                                          ROBERT BURCHFIEL
17                                        Sr. Deputy City Attorney

18                                   Attorneys for Defendants,
                                     CITY OF SAN JOSE, SAN JOSE POLICE
19                                   DEPARTMENT, and OFCR. J. MITCHELL

20  **** **IT IS SO ORDERED:**
21  The Court DENIES the parties' request for an informal meeting prior to the scheduled Final Pretrial Conference.  The Court will address the parties' concerns at the Final Pretrial Conference.  The Court ADVANCES the Final Pretrial Conference from 3:00 PM to **11:00 AM March 31, 2008.**  The parties are instructed to bring all documentary evidence to the Final Pretrial Conference, including the video tape that was in the possession of Officer J. Mitchell and photos from the video produced by Officer J. Mitchell as well as the enhanced photos later produced by the District Attorney office.

26  Dated: March 26, 2008            *James Ware*
                                     United States District Judge