IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APOLONIO SOLORIO, | NO. C 04-03029 JW |
|         Plaintiff(s), | **ORDER TO JURY COMMISSIONER** |
| v. | |
| THE CITY OF SAN JOSE ET AL, | |
|         Defendant(s). | |

IT IS HEREBY ORDERED that the Jury Commissioner shall furnish daily refreshments in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury effective April 10, 2008 and April 11, 2008.

**IT IS SO ORDERED.**

Dated: April 9, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Winifred Botha winifred_botha@mail.cco.co.santa-clara.ca.us
Robert Baker Burchfiel CAO.Main@ci.sj.ca.us
Michael J. Dodson cao.main@sanjoseca.gov
Michael A. Farbstein maf@farbstein.com,ehc@farbstein.com
Michael R. Groves CAO.Main@ci.sj.ca.us
Margo Laskowska CAO.Main@sanjoseca.gov
Timothy James Schmal , Esq TSchmal@bvsllp.com,jpl@bvsllp.com

**Dated:  April 9, 2008**                                   **Richard W. Wieking, Clerk**

                                                            **By:  /s/ Elizabeth C. Garcia**
                                                                 **Elizabeth C. Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California