*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APOLONIO SOLORIO, | Case No. C04-03029 JW |
| Plaintiff, | STIPULATION EXTENDING DEADLINE TO FILE MOTION |
| vs. | FOR AWARD OF REASONABLE ATTORNEYS' FEES AND |
| THE CITY OF SAN JOSE, et al. | COSTS; ORDER |
| Defendants. | |

On May 8, 2008, following trial by jury in this matter, this Court issued its Judgment on the jury's verdict. The Judgment specifically provided that "Defendant Mitchell is ordered to pay costs and reasonable attorney fees to Plaintiff". Presuming that the Court's Clerk's electronic filing of the Judgment constituted "notice of entry" of same, the deadline for Plaintiff's filing of a Motion for Fees would be on or about May 21, 2008.

IT IS STIPULATED BY AND BETWEEN THE PARTIES HEREIN, that the deadline for counsel for Plaintiff, APOLONIO SOLORIO, to file their Motion For Award of Attorneys' Fees and Costs, may be

1  extended from May 21, 2008 to June 4, 2008.  This Stipulation is
2  made pursuant to Civil L.R. 6-2.
3      Attached hereto and incorporated herein is the Declaration
4  of Timothy J. Schmal in support of this Stipulation.
5  Date: May 19, 2008          BURTON, VOLKMANN & SCHMAL, LLP
6
7                              BY: TIMOTHY J. SCHMAL
                                Attorney for Plaintiff,
8                               APOLONIO SOLORIO.
9
   Date: May 21, 2008          CITY OF SAN JOSE
10
11                             BY: NORA V. FRIMANN
                                ROBERT B. BURCHFIEL
12                              MICHAEL J. DODSON
                                MICHAEL R. GROVES
13                             Attorneys for Defendants,
                                CITY OF SAN JOSE,
14                              OFFICER JOHN MITCHELL.
15
16
17                          O R D E R
18     IT IS SO ORDERED.
19  Date:      May 28    , 2008    _____
                                   THE HONORABLE JAMES WARE
20                                 JUDGE OF THE UNITED STATES
                                   DISTRICT COURT.
21
22
23
24
25
26
27
28